# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 20-10604

_____

UNITED STATES OF AMERICA,

                                                              Plaintiff-Appellee,

MURRAY FARMER,
JOHN P. MCAVOY,
MARCO ZAVALA,

                                             Interested Parties-Appellants,

*versus*

THE REPUBLIC OF HONDURAS,
(ROH),
MOISES STARKMAN,
former Minister of FHIS,
CARLOS ROBERTO FLORES FACUSSE,
former President of the Republic of Honduras,
Individually and in his official capacity,
JUAN ORLANDO HERNANDEZ,

current President of Honduras,
individually and in his official capacity,
GABRIELA NUNEZ DE REYES, et al.,
Secretary of State for Finance,

                                                                                  Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:17-cv-00470-KD-N

_____

ORDER:

      The order withholding issuance of the mandate in this appeal is VACATED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION